other against the Humboldt Library. From an order refusing defendant a new trial after judgment by default, except on certain conditions, it appeals. Reversed in part. Max D. Steuer, for appellant. Frayer, Smith, White & Seaman, for respondents.

HASCALL, J. We think, under all the circumstances disclosed by the papers, that a considerate administration of justice requires modification of the order appealed from, and conclude that the defendant may have a trial before the jury. Upon payment of $10 motion costs by the defendant, the order complained of will be modified by opening the default upon which judgment was entered for the purpose and to the extent of enabling defendant to present its defense at trial term at some convenient, but early, day, which should be within the fortnight after the announcing of this decision; but judgment to stand for security, and all proceedings on both sides and by the sheriff to be held and stayed until after verdict or other disposal of the issues by the court at trial term. To this extent the order appealed from will be reversed, and the relief above indicated accorded thereupon by such modification, with costs and disbursements of this appeal to abide the event. If the conditions hereby imposed be not complied with, then the order appealed from will be affirmed, with costs and disbursements absolute to respondent.

CONLAN, J., concurs.

JENKINS, Respondent, v. HUMBOLDT LIBRARY, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Henry C. Jenkins against the Humboldt Library. From an order vacating a stay, defendant appeals. Reversed. Max D. Steuer, for appellant. Frayer, Smith, White & Seaman, for respondent.

HASCALL, J. Under the authorities (Peet v. Cowenhoven, 14 Abb. Prac. 56; Wait, Prac. 606), this order will be reversed, without costs. We write at this term, under the same title, on appeal from another order herein (66 N. Y. Supp. 1133) directly involving the status of the parties after judgment, and adjust the same for a trial upon the merits, deeming such a course the most expeditious in the administration of justice between these litigants. Order reversed, without costs.

CONLAN, J., concurs.

In re JOHNSON. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) In the matter of the application of R. L. Johnson for admission to the bar. No opinion. The papers should be amended, so as to show that no application has been made for admission in any other department. See 60 N. Y. Supp. 1140.

In re JOHNSON. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) In the matter of the application of Robert L. Johnson for admission to the bar. No opinion. Application granted. See 60 N. Y. Supp. 1140.

In re JONES. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) In the matter of the alleged intrusion of Ephraim Jones upon Indian lands. No opinion. Appeal dismissed, under general rule 39.

KATZ, Appellant, v. INDIA-RUBBER CO., Respondent. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Edward A. Katz against the India-Rubber Company. M. H. Ellison, for appellant. J. Kling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 65 N. Y. Supp. 1137.

KELLER, Respondent, v. SIMM et al., Appellants. (Supreme Court, Appellate Term. November 7, 1900.) Action by Maurice S. Keller against George Simm and another. From a judgment for plaintiff, defendants appeal. Affirmed. Blumenthal, Moss & Feiner, for appellants. J. Goode, for respondent.

PER CURIAM. The action is not one in equity, and the municipal court had jurisdiction to entertain it. Upon the evidence we are not disposed to interfere with the finding of the justice that there was a written memorandum of lease. The defendants failed to show either eviction, or acceptance of a surrender of the premises, or an agreement to release one of the defendants and look to the other. Judgment affirmed, with costs.

KELLY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Mary Kelly against the Brooklyn Heights Railroad Company. No opinion. Judgment and order (64 N. Y. Supp. 64) unanimously affirmed, on reargument. See 65 N. Y. Supp. 430.

KENT v. WEST. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Charles S. Kent against Isaac S. West, as committee, etc. No opinion. Motion denied, with $10 costs. All concur, except McLENNAN, J., not voting.

KETCHAM, Appellant, v. KETCHAM, Respondent. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Emma A. Ketcham against Warren A. Ketcham. No opinion. Order modified, on argument, so as to direct the issue of abandonment also to be tried by jury, and, as modified, affirmed, without costs. See 59 N. Y. Supp. 1108.

KING, Respondent, v. GOSSEL, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Nellie King against Henry Gossel. From an order denying defendant's motion for leave to serve an amended answer, defendant appeals. Reversed. Carter, Hughes & Dwight, for appellant. Daniel W. Patterson, for respondent.

CONLAN, J. This is an appeal from an order, made at special term, denying defendant's motion for leave to serve an amended answer. We are satisfied, on examination, that the de-